# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

United Food & Commercial Workers International Union−Industry Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:18−cv−03425

Honorable Charles P. Kocoras

EC Management Services of Georgia, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 26, 2019:

MINUTE entry before the Honorable Charles P. Kocoras: The Court grants the Defendants' motion to transfer venue. The Clerk is directed to transfer this case to the Eastern District of Virginia, Richmond Division. The motion to dismiss is denied without prejudice. It is so ordered. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.